

# IN THE
# TENTH COURT OF APPEALS

### No. 10-08-00186-CR
### No. 10-08-00187-CR

**NICHOLAS RASHAUN ALEXANDER,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court Nos. 2008-86-C2 and 2008-812-C2

## MEMORANDUM OPINION

Nicholas Rashaun Alexander pled guilty to evading arrest or detention using a vehicle (10-08-00186-CR) and possession with the intent to deliver a controlled substance (10-08-00187-CR). He appealed both convictions. He waived his right to appeal both convictions. Further, the trial court signed a certification of defendant's right of appeal which indicates Alexander has no right to appeal either conviction.

In a letter dated July 14, 2008, the Clerk of this Court notified Alexander that his appeals were subject to dismissal because it appeared from the record that Alexander

waived his right to appeal and the certification of defendant's right of appeal indicated that he had no right of appeal either conviction. The Clerk also warned Alexander that his appeals could be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeals. More than 21 days have passed and Alexander has not filed a response.

Accordingly, his appeals are dismissed. *See* TEX. R. APP. P. 44.3, 25.2(d).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Vance, and
    Justice Reyna
Dismissed
Opinion delivered and filed September 24, 2008
Do not publish
[CR25]